IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIO AGUILERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-00526 |
| | § | |
| DUSTIN HENSON AND SWIFT | § | |
| TRANSPORTATION SERVICES, LLC | § | JURY REQUESTED |

## ORDER ON STIPULATION OF DISMISSAL

Before the Court is the "Stipulation of Dismissal of Defendants," filed on November 21, 2014 by Plaintiff, JULIO AGUILERA. Pursuant to the joint representations made in this pleading, it is hereby ORDERED that all causes of action asserted by Plaintiff against Defendants in this civil action be and hereby are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all costs of suit incurred by the parties be paid by the party incurring such costs.

Entered this __1ST__ day of December, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE